# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **CRIMINAL NO. 09-00164-KD** |
| v. | * | |
| | * | |
| **ZANE MICHAEL BONNER** | | |

## FINAL JUDGMENT OF FORFEITURE

**WHEREAS**, on October 22, 2010 a blind plea was entered by the Defendant, **ZANE MICHAEL BONNER**, to Count One of the indictment. As a condition of his guilty plea, the defendant, **ZANE MICHAEL BONNER** agreed to immediately forfeit to the United States all of his right, title, and interest to all property which is set forth in the forfeiture allegation of the indictment and which is forfeitable to the United States pursuant to Title 21 United States Code, Section 853. Pursuant to the Plea Agreement, Defendant, **ZANE MICHAEL BONNER**, agreed to and confessed to forfeit the following property:

> **(1) One Western Digital computer hard drive, Serial number WT6880379760, seized from the defendant on July 29, 2010.**

**WHEREAS**, The United States properly published notice of the forfeiture of the above described property and the requirements for filing a claim for the property for 30 consecutive days starting October 30, 2010, on www.forfeiture.gov. A Proof of Publication was filed on November 29, 2010, (Doc. 21), specifying the details of this publication. No third-parties have come forward to assert an interest in the subject property in the time required under Title 21, U.S.C, § 853(n).

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the following property is forfeited to The United States of America pursuant to Title 21, United States Code, Section 841(a)(1) and 853, and Federal Rule of Criminal Procedure 32.2(b), for disposition according to law:

**(1) One Western Digital computer hard drive, Serial number WT6880379760, seized from the defendant on July 29, 2010.**

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward three (3) certified copies of this Order to Assistant United States Attorney Sean P. Costello.

DONE AND ORDERED this 25th day of February, 2011.

   s/Kristi K. DuBose
KRISTI K. DUBOSE
UNITED STATES DISTRICT JUDGE